IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CLAUDIA PARK and CINDY PARK,

    Plaintiffs,

v.                                                      No. 19-cv-0021 GJF/SMV

GODOFREDO GARCIA-ESTRADA,
BALVINDER KAUR HAYER MEHTA,
BALJINDER KAUR, and LIBERTY LINKS, INC.,[1]

    Defendants.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. Plaintiff's counsel, David L. Dotson, has failed appear at a telephonic status conference scheduled for March 4, 2019, at 3:30 p.m., in accordance with the Court's Order Setting Telephonic Status Conference [Doc. 7]. For the reasons stated herein, Mr. Dotson is ordered to show cause why he should not be sanctioned for his failure to appear.

On February 20, 2019, the Court issued an Order Setting Telephonic Status Conference for March 4, 2019, at 3:30 p.m. [Doc. 7]. The Order directed counsel to call Judge Vidmar's AT&T Conference Line to connect to the hearing. *Id.* at 1. The CM/ECF receipt indicates that the Order was delivered to Plaintiff's counsel, Mr. Dotson, via his email addresses. Mr. Dotson failed to appear on behalf of Plaintiff, and the status conference could not proceed.

---

[1] Though the captions on Plaintiff's Complaint and Defendant's Notice of Removal do not make it clear, it appears that the parties both believe Liberty Links, Inc., is a Defendant separate from the individuals. *See* [Doc. 1] at 1–2, 6.

**IT IS THEREFORE ORDERED** that no later than **March 18, 2019, by 5:00 p.m.**, attorney David L. Dotson shall show cause, in writing, why he should not be sanctioned for his failure to appear at the telephonic status conference set for March 4, 2019, in accordance with the Court's Order Setting Telephonic Status Conference [Doc. 7].

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**